**Order entered September 9, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00651-CV

### RUTH TORRES, Appellant

### V.

### UNAUTHORIZED PRACTICE OF LAW COMMITTEE FOR THE SUPREME COURT OF TEXAS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07071**

### ORDER

Before us is appellant's Motion for Leave and Second Supplemental Brief submitted on March 23, 2022. Appellant's motion is **GRANTED** and appellant's second supplemental brief is deemed filed as of the date it was submitted.

> /s/     AMANDA L. REICHEK
> JUSTICE